**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7045**

_____

WESLEY FORD HAMMOND,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-00-543-7)

_____

Submitted:  November 30, 2000      Decided:  December 27, 2000

_____

Before WILKINS, MOTZ, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Wesley Hammond, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Wesley F. Hammond seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Hammond v. Angelone, No. CA-00-543-7 (W.D. Va. July 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED